JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GUS RAMOS,

Petitioner,

v.

STATE OF CALIFORNIA, ET AL.,

Respondents.

No. ED CV 26-1062-SVW(E)

JUDGMENT

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 5, 2026

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE